## NAPIER v. HIGH POINT BANK & TRUST CO.

No. 525P90

Case below: 100 N.C.App. 390

Petition by defendant (Henry Hazel Clodfelter) for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## NYE v. NYE

No. 530P90

Case below: 100 N.C.App. 326

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## PHEASANT v. McKIBBEN

No. 551P90

Case below: 100 N.C.App. 379

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## PINEHURST AREA REALTY, INC. v. VILLAGE OF PINEHURST

No. 461P90

Case below: 100 N.C.App. 77

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 10 January 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## RAGAN v. COUNTY OF ALAMANCE

No. 277PA90

Case below: 98 N.C.App. 636

Petition by defendants for discretionary review pursuant to G.S. 7A-31 as to additional issues allowed 14 January 1991.